| | |
|---|---|
| 1 | Elizabeth Rojas, Chapter 13 Trustee |
| | 15060 Ventura Blvd. |
| | Suite 240 |
| 2 | Sherman Oaks, CA  91403 |
| | Telephone:  (818) 933-5700 |
| 3 | Facsimile:   (818) 933-5755 |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
|    Michael R. Klock | ) | CASE NO. SV11-13877-MT |
|    20544 Cheney Dr. | ) | |
|    Topanga, CA  90290 | ) | **NOTICE OF RESCHEDULED FIRST** |
| | ) | **MEETING OF CREDITORS** |
|                  DEBTOR | ) | |
| | ) | |

DATE:     June 01, 2011
TIME:      1:00 pm
PLACE:    21051 Warner Center Lane.
              Suite 105
              Woodland Hills, CA 91367

PLEASE TAKE NOTICE THAT at the time and place listed above the following will be held:

**341(A) MEETING OF CREDITORS**

DATED: April 21, 2011

*Elizabeth F Rojas*
_____
Elizabeth Rojas
Chapter 13 Standing Trustee

<u>PROOF OF SERVICE</u>

I declare under penalty of perjury that I am over the age of eighteen and not a party to the within action; that I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, and that on <u>April 21, 2011</u> electronic copies were filed with the US Bankruptcy Court Central District of California and mailed copies were served to:

| | |
|---|---|
| Michael R. Klock | Gary L Harre |
| 20544 Cheney Dr. | Global Capital Law PC |
| Topanga, CA  90290 | 8700 Warner Center Ave , ste 200 |
| | Fountain Valley, CA  92708 |

Executed at Sherman Oaks California on April 21, 2011